**08CR 321**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE ASHMAN**

| | | |
|---|---|---|
| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 2:06CR00020 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Richard Northern | Northern District Of Indiana | HAMMOND |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/18/2006 — TO 5/17/2009 |

RECEIVED APR 11 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE
BANK FRAUD

FILED APR 16 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     NORTHERN DISTRICT OF ILLINOIS     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/4/08
*Date*            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ ILLINOIS _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 5 2008
*Effective Date*            James F. Holderman
            *United States District Judge*

#10